D. B. M. AMUSEMENT CORPORATION, PLAINTIFF-RE-SPONDENT, v. HARRY J. THOUROT, *ET AL.*, DEFEND-ANTS-PETITIONERS.

See same case below: 29 *N. J. Super.* 462.

*Mr. Cyril J. McCauley* for the petitioners.

*Messrs. Van Riper & Belmont* for the respondent.

May 10, 1954. Denied.

STANLEY COMPANY OF AMERICA, PLAINTIFF-RESPOND-ENT, v. HERCULES POWDER COMPANY, DEFENDANT-PETITIONER.

See same case below: 29 *N. J. Super.* 545.

*Messrs. Pitney, Hardin & Ward, Mr. Harold A. Price* and *Mr. Frank C. O'Brien* for the petitioner.

*Mr. Samuel A. Gennet* and *Mr. Samuel Marion* for the respondent.

May 17, 1954. Granted.